1
ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
2
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
3
MORRISON & FOERSTER LLP
12531 High Bluff Drive
4
San Diego, California  92130-2040
Telephone: 858.720.5100
5
Facsimile: 858.720.5125

6
Attorneys for Defendant
MCKESSON CORPORATION
7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11
DAVID STARK; BILLY SMALL, JR.;
LINDA WHITE, Individually and as
12
Successor-In-Interest of the ESTATE OF
CHARLES WHITE; GAYLON
13
MURRAY; RUTH KENNON,
Individually and as Successor-In-Interest
14
of the ESTATE OF JAMES KENNON;
and NANCY HOOSER,
15

16
Plaintiffs,

17
v.

18
MCKESSON CORPORATION, a
Delaware corporation; BRISTOL-
19
MYERS SQUIBB, a Delaware
corporation; and PFIZER, INC., a
20
Delaware corporation; and DOES 1
through 100, inclusive,
21

Defendants.

22

23

24

25

26

27

28

Case No. 2:17-cv-00095-MCE-CKD

**STIPULATION AND ORDER EXTENDING DEFENDANT MCKESSON CORPORATION'S TIME TO RESPOND TO COMPLAINT**

Judge:  Hon. Morrison C. England, Jr.

1    Pursuant to Civil Local Rule 144, plaintiffs David Stark et al. ("Plaintiffs")

2  and defendant McKesson Corporation ("McKesson"), through their undersigned

3  counsel, hereby stipulate, subject to the Court's approval, as follows:

4    WHEREAS, Plaintiff filed the Complaint in this case in the Superior Court

5  for the County of San Joaquin on November 10, 2016;

6    WHEREAS, McKesson was served with the Complaint on December 23,

7  2016;

8    WHEREAS, defendants Bristol-Myers Squibb and Pfizer Inc. removed this

9  action to this Court on January 17, 2017;

10    WHEREAS, McKesson's deadline to respond to the Complaint, pursuant to

11  Federal Rule of Civil Procedure 6 and 81(c), is January 24, 2017;

12    WHEREAS, Plaintiffs intend to file a motion to remand this action to state

13  court;

14    WHEREAS, Plaintiffs and McKesson agree that extending McKesson's

15  deadline until the jurisdictional issue is resolved will conserve the parties' and

16  judicial resources;

17    WHEREAS, pursuant to Local Rule 144(a), parties may agree to an

18  extension of time, provided the stipulation is approved by the Court if the extension

19  of time is greater than 28 days;

20    WHEREAS, the extension proposed herein will not alter the date of any

21  event or deadline already fixed by Court order, including the Initial Pretrial

22  Scheduling Order (ECF No. 2); and

23    WHEREAS, no previous extensions of time have been obtained with respect

24  to this matter.

25    NOW, THEREFORE, in the interest of judicial economy and good cause

26  showing, the parties, by and through their undersigned counsel of record, hereby

27  agree and stipulate, and the Court hereby orders, as follows:

28

1    STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT  *

1      1.      McKesson shall have until 14 days after the Court issues an order on

2   Plaintiff's motion to remand to respond to the Complaint.

3      2.      In the event Plaintiffs do not file a motion to remand, McKesson shall

4   have until March 2, 2017 to respond to the Complaint.

5

6   Dated:  January 23, 2017                    MORRISON & FOERSTER LLP

7                                               By:  /s/ Erin M. Bosman

8                                                    Erin M. Bosman

9                                               Attorneys for Defendant
                                                MCKESSON CORPORATION

10  Dated:  January 23, 2017                    KIESEL LAW LLP

11

12

13                                              By:  /s/ Melanie M. Palmer
                                                     Melanie M. Palmer

14                                              Attorneys for Plaintiffs

15

16          **IT IS SO ORDERED.**

17  **Dated:  January 24, 2017**

18                                              _____
                                                MORRISON C. ENGLAND, JR
19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28